PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4814
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL EMILIO GUZMAN PAZ,<br>    Plaintiff,<br>    v.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>    Defendant. | CIVIL NO. 2:22-cv-01605-KJN<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Appeals Council will instruct the Administrative Law Judge to re-evaluate the opinion of record, specifically the opinion of treating source Tollin Sullivan, M.D., consistent with 20 CFR 404.1520c. The Administrative Law Judge shall also give further consideration to the claimant's maximum residual functional capacity and provide appropriate rationale with specific references to evidence of record in support of the assessed limitations (20 CFR 404.945 and Social Security Ruling 96-8p).  Additionally if warranted by the expanded

record, seek supplemental vocational expert evidence to determine whether there are a significant number of jobs in the national economy that the claimant can perform; before relying on the vocational expert evidence, identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles (DOT) (Social Security Ruling 00-4p); take any action necessary to complete the administrative records; and issue a new decision.

      This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

      Respectfully submitted this 13th day of April, 2023.

>   /s/ Robert Weems*
>   ROBERT WEEMS
>   Attorney for Plaintiff
>   *Authorized by email on April 13, 2023
>
>   PHILLIP A. TALBERT
>   United States Attorney
>   MATHEW W. PILE
>   Associate General Counsel
>   Social Security Administration
>
>   By:   /s/ Ellinor R. Coder
>   ELLINOR R. CODER
>   Special Assistant U.S. Attorney
>   Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated: April 18, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

paz.1605

STIPULATION